Nicholas Thomas STROEDER,
Appellant,

v.

Joan FABIAN; Jeffrey Peterson;
Roger Baburam, Appellees.

No. 11–2277.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 7, 2011.

Filed: Sept. 9, 2011.

Nicholas Thomas Stroeder, Minnesota Department of Corrections, Rush City, MN, pro se.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Minnesota inmate Nicholas Stroeder appeals the district court's[1] 28 U.S.C.

*Meyers v. Starke,* 420 F.3d 738, 743 (8th Cir. 2005).

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommenda-

§ 1915A dismissal with prejudice of his civil-rights action, as well as the denial of his motions for rehearing and appointment of counsel. After careful de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree with the district court that Stroeder failed to state a claim. We also find the district court did not abuse its discretion by denying Stroeder's motions for rehearing and appointment of counsel. *See Bennett v. Dr. Pepper/Seven Up, Inc.,* 295 F.3d 805, 807 (8th Cir.2002) (Fed.R.Civ.P. 60(b) standard of review); *Swope v. Cameron,* 73 F.3d 850, 851–52 (8th Cir.1996) (28 U.S.C. § 1915(e)(1) standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

tions of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.